States v. Ameline, 400 F.3d 646, No. 02–30326, 2005 WL 350811 (9th Cir. Feb.9, 2005).

**VACATED and REMANDED.**

**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Randy Leon YOAKUM, Defendant—Appellant.**

**No. 04–50184.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 7, 2005.*

Decided Feb. 18, 2005.

Jolie F. Zimmerman, Esq., Luis G. Flores, Esq., Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Michael S. Meza, Esq., Orange, CA, for Defendant–Appellant.

Before: FERNANDEZ, GRABER, and GOULD, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM **

We vacate the sentence and remand for resentencing in light of *United States v. Booker*, — U.S. —, —, 125 S.Ct. 738, 769, 160 L.Ed.2d 621 (2005), and *United States v. Ameline*, 400 F.3d 646, No. 02–30326, 2005 WL 350811 (9th Cir. Feb.9, 2005).

**VACATED and REMANDED.**

**UNITED STATES OF AMERICA,**
**Plaintiff—Appellee,**

v.

**Vernon Morris MARSHALL, Defendant—Appellant.**

**No. 04–50208.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 7, 2005.*

Decided Feb. 18, 2005.

Ronald L. Cheng, Esq., Richard G. Stack, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Jerry Kaplan, Esq., Kaplan, Kenegos & Kadin, Beverly Hills, CA, for Defendant–Appellant.

Before: FERNANDEZ, GRABER, and GOULD, Circuit Judges.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM **

We vacate the sentence and remand for resentencing in light of *United States v. Booker*, — U.S. —, —, 125 S.Ct. 738, 769, 160 L.Ed.2d 621 (2005), and *United States v. Ameline*, 400 F.3d 646, No. 02–30326, 2005 WL 350811 (9th Cir. Feb.9, 2005).

VACATED and REMANDED.

**CAPITAL PACIFIC HOLDINGS, INC.,**
**a California corporation,**
**Plaintiff—Appellant,**

**v.**

**FEDERAL INSURANCE COMPANY,**
**Defendant—Appellee.**

**No. 03–55428.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 11, 2005.

Decided Feb. 22, 2005.

George S. Burns, Law Offices of George Burns, Newport Beach, CA, for Plaintiff–Appellant.

Gilbert D. Jensen, Esq., Musick, Peeler & Garrett, Los Angeles, CA, for Defendant–Appellee.

Before: PREGERSON, BEEZER, and TALLMAN, Circuit Judges.

## ORDER *

We AFFIRM for the well-stated reasons of the district court.

Each party shall bear its own costs.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.